Exhibit  1 –

Declaration of Paul Thomsen, Ormat
Nevada Inc.

1  Hadassah M. Reimer, Esq
   (Wyo. Bar No. 6-3825)
2  [*Pro Hac Vice Pending*]
   Holland & Hart LLP
3  P.O. Box 68
   Jackson, WY 83001
4  Tel: 307-734-4517
   Fax: 307-739-9544
5  hmreimer@hollandhart.com
6
7  Sarah C. Bordelon
   (Nevada Bar No. 14683)
8  Erica K. Nannini
   (Nevada Bar No. 13922)
9  Holland & Hart LLP
   5441 Kietzke Lane, Suite 200
10 Reno, NV 89511
   Telephone: (775) 327-3011
11 Fax: (775) 786-6179
12 scbordelon@hollandhart.com
   eknannini@hollandhart.com
13

   Laura R. Jacobsen
   (Nevada Bar No. 13699)
   Ormat Technologies, Inc.
   6140 Plumas Street
   Reno, NV 89519
   Tel: 775-356-9029
   Fax: 775-356-9039
   ljacobsen@ormat.com

14 *Attorneys for Defendant-Intervenor-Applicant*
   *Ormat Nevada Inc.*

15
16 **UNITED STATES DISTRICT COURT**
   **FOR THE DISTRICT OF NEVADA**

17
18 THE FALLON PAIUTE-SHOSHONE            )   **Case No. 3:21-cv-00512-LRH-WGC**
   TRIBE and the CENTER FOR              )
19 BIOLOGICAL DIVERSITY,                 )
                                         )
20                      Plaintiffs,      )
                                         )
21 v.                                    )
                                         )
22                                       )   **DECLARATION OF PAUL THOMSEN**
   U.S. DEPARTMENT OF THE INTERIOR,      )
23 BUREAU OF LAND MANAGEMENT, and        )
   JAKE VIALPANDO in his official capacity )
24 as Field Manager of the Bureau of Land )
   Management Stillwater Field Office,   )
25                                       )
                        Defendants,      )
26 and                                   )
                                         )
27 ORMAT NEVADA INC.,                    )
                                         )
28          Defendant-Intervenor-Applicant. )

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

I, Paul Thomsen, declare as follows:

1.    I am over 21 years of age and am fully competent to make this Declaration.  The facts contained in this Declaration are based on my personal knowledge and are true and correct.

2.    I am currently employed by Ormat Nevada Inc. as Vice President, Business Development.  Ormat Nevada Inc. is the parent company of ORNI 32, LLC, the project company developing the Dixie Meadows Geothermal Utilization Project ("Project" or "Dixie Meadows Project").  I refer to Ormat Nevada Inc. and ORNI 32, LLC interchangeably in this declaration as "Ormat."  I have been employed with Ormat for over 13 years.  In my role as Vice President, Business Development, I am responsible for managing project development activities, including permitting, interconnection, and transmission of Ormat's renewable energy exploration and development projects throughout North America.  I have been involved with the Dixie Meadows Project permitting, exploration, and development since 2017.

3.    As part of my work on the Project, I am familiar with documents and correspondence associated with the Project.

4.    I am also familiar with the above-captioned appeal challenging the Bureau Land Management's ("BLM's") November 23, 2021 Decision Record ("Decision") authorizing the Project.  Plaintiffs ask the court to vacate BLM's Decision and enjoin any construction of the Project as approved by BLM, including implementation of the monitoring program.

**Ormat's History as a Global Leader of Renewable Geothermal Energy**

5.    Ormat Technologies, Inc. ("Ormat Technologies") was originally founded in 1965 and has been operating in Nevada through Ormat Nevada Inc. since 1985.  Ormat Technologies is a leader in geothermal energy production and the only vertically integrated company engaged in geothermal and recovered energy generation ("REG"), with robust plans to accelerate long-term growth and take the lead in the U.S. energy storage market.  Ormat owns, operates, designs, manufactures, and sells geothermal and REG power plants primarily based on the Ormat Energy Converter – a power generation unit that converts low-, medium-, and high-temperature heat into electricity.  The Company has engineered, manufactured, and constructed renewable power plants, which it currently owns or has installed for utilities and developers worldwide, totaling

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

2

approximately 3,200 megawatts ("MW") of gross capacity.  Ormat leveraged its core capabilities in the geothermal and REG industries and its global presence to expand its activity into energy storage services, solar photovoltaic ("PV") and energy storage plus solar PV.  Ormat's current total generating portfolio is 1.1 gigawatts comprised of 1,015 MW of geothermal and solar projects globally in the U.S., Kenya, Guatemala, Indonesia, Honduras, and Guadeloupe, and an 83 MW energy storage portfolio located in the U.S.

6.      Geothermal energy projects harness the clean renewable power contained in geothermal fluids that flow in the molten interior of the earth's crust.  This earth-bound energy is converted from heat to electricity, while preserving the lifecyles of the geothermal reservoir.  Unlike other renewable sources, geothermal energy provides base load electricity that is highly reliable, flexible, and produces virtually no greenhouse gas emissions.  Thus, geothermal energy encourages a future where fossil fuels are no longer necessary.  In the United States, Ormat's geothermal development projects have played a key role in helping states meet their renewable energy portfolio standards.  Ormat operates 22 geothermal projects on federal lands.  In particular, Ormat's McGinness Hills project has been instrumental to Nevada's efforts to procure 50 percent of the state's energy from renewable sources by 2030.[1]  I am aware of no instance in which an Ormat geothermal project caused mortality of a species listed as threatened or endangered under the Endangered Species Act, and Ormat is committed to maintaining this record.

7.      Ormat prides itself on environmental stewardship, from project design through implementation and eventual reclamation.  Ormat's renewable energy solutions are derived from nature itself, and as a result we place utmost significance on assessing the potential impacts on the local biodiversity and the natural and cultural environments surrounding our power plants.  Maintaining the natural biodiversity around our plants is important to a number of our key stakeholder groups, such as local communities, environmental non-governmental organizations, and financing bodies, among others.  Accordingly, we strive to design our power generation

---

[1] *See* NEV. CONST. art. 4, § 39, cl. 2(d).

3

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

facilities to blend into the surrounding landscape, taking into consideration the actual physical location of each facility, the configuration of units that are used to build it, landscaping, and the surrounding natural habitat, among other elements.  More information can be found in Ormat's annual Sustainability Report.[2]

**The Long History of the Dixie Meadows Project**

8.     In 2010, Ormat completed its acquisition of certain geothermal leases in the Dixie Valley area northeast of Fallon, Nevada.  The leases were eventually consolidated into the Dixie Meadows Geothermal Unit Area.  In 2010 and 2012, the BLM completed two separate Environmental Assessments ("EAs") pursuant to the National Environmental Policy Act ("NEPA") analyzing the potential environmental impacts of geothermal exploration on the leases, including up to 34 well pads and 205.6 acres of surface disturbance.  Since approval of the exploration program, Ormat has drilled nine wells and completed pump tests that indicate a robust geothermal resource in the lease area.

9.     In 2015, Ormat applied to BLM for a geothermal utilization permit to construct two power plants with total power production of up to 60 MW.  Nearly two years later, BLM released a draft EA for public comment in 2017.  After substantial revisions to the EA in response to public comment—including comments from the Plaintiffs Center for Biological Diversity and the Fallon Paiute-Shoshone Tribe—and further development of the Aquatic Resources Monitoring and Mitigation Plan ("ARMMP"), described in more detail below, BLM released a revised draft EA nearly four additional years later in January 2021 for additional public comment.  BLM finally approved the Project in a Decision Record dated November 23, 2021.  This exceptionally long and thorough review period took years longer than anticipated, and was several years longer than the majority of other Ormat projects permitted on federal land, which have generally taken about two years to permit.

---

[2] Ormat Technologies, Inc., *Sustainability Report 2019*, (available at https://www.ormat.com/Warehouse/userUploadFiles/Image/Ormat%20Sustainability%20Report%202019.pdf).

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

**HOLLAND & HART LLP**
**5441 KIETZKE LANE, SUITE 200**
**RENO, NV 89511-2094**

**Ormat's 2022 Construction and Monitoring Plans**

10.      While BLM's Decision authorizes two power plants totaling up to 60 MW, Ormat will begin by constructing a 12 MW facility. Associated with the power plant facilities, BLM has permitted up to 18 geothermal production and injection well sites. However, Ormat anticipates that the existing nine wells already constructed on the site will be sufficient for operations, and no additional wells will be drilled unless scientifically necessary, as determined by Ormat's team of geologists and engineers and approved by BLM, to develop the geothermal resource. The Decision also approves pipelines to carry geothermal fluid between the well fields and the power plants and construction of a 48-mile, 120-kilovolt gen-tie line to transmit power from the facility to the electric grid.

11.      Ormat anticipated approval of the Project in January 2021 and was prepared with equipment orders that were delivered in reasonable reliance on that date. Thus, Ormat is ready to begin immediate construction at the site upon BLM's approval. After BLM issues its notice to proceed, Ormat intends to commence initial grading as soon as possible, followed closely by pouring foundations for construction of the power plant facilities and installation of the pipelines and gen-tie line. Ormat will also continue implementation of the ARMMP, including installation of additional monitoring wells and other devices. Commercial Operation, however, will not occur until December 2022, following additional monitoring and refinement of the ARMMP. Thus, construction and testing activities will occur over the next 12 months, but no impacts will occur to the underground geothermal resource or any potentially connected surface water features until at least December 2022. A figure depicting the construction schedule is attached to this declaration.

12.      During the next year, construction activities will be periodically visible at the site, and noise will vary depending on activities. To abate noise, mufflers would be used on all drilling rig engines, and rock mufflers would be employed during well testing, as described in Ormat's Plan of Development, Appendix I to the EA. Other best available control technology would be used to minimize noise. Once construction is complete, mitigation measures set out in Ormat's Plan of Development will be employed to minimize visual and noise impacts associated

5

with operations, primarily through equipment design and operations.  Also as describe in the

Plan of Development, visual impacts will be minimized by reclamation of all previously

vegetated areas, applying paint to all facilities in an approved BLM color, and limiting lighting

to only those required for safety, which would be shielded or directed to focus only on

immediate work areas.  The initial power plant location is between 0.25 and 1.5 miles from the

Dixie Warm Springs, and while it will be visible from the closest springs, Ormat will minimize

those effects to the extent practicable.  Indeed, Ormat's exploration wells and activities have

already been installed and operated in this area.  In designing the Project, Ormat collocated the

Project facilities to the extent possible with existing exploration facilities to minimize the overall

footprint and impacts on the landscape.  Ormat has also committed to installing exclusion

fencing and conducting preconstruction surveys by a qualified biologist for Dixie Valley toad in

construction areas near special status aquatic wildlife species habitats per Appendix J of the EA.

13.    Ormat has committed to other substantial monitoring and mitigation measures to

avoid or minimize impacts to air, water, cultural, and other resources.  Most significantly, in

coordination with the Technical Working Group convened by BLM to address comments on the

2017 EA and made up of BLM, the Nevada Department of Wildlife, and the U.S. Fish and

Wildlife Service, Ormat has committed to implement a comprehensive ARMMP to monitor for

and avoid or mitigate impacts of geothermal energy production to nearby water resources and the

Dixie Valley toad.  As a result of the unusually long environmental review process for this

Project, Ormat has already undertaken over two years of systematic ground and surface water

monitoring in the Dixie Valley.  Under the ARMMP, Ormat will install additional monitoring

locations and gather additional water and species baseline data prior to energy production from

the Project.  The ARMMP identifies "early warning" thresholds and objectives that, if triggered,

will require immediate mitigation responses, including, but not limited to, modifying pumping or

injection rates of geothermal fluids, altering pumping or injection locations, supplementing or

replacing existing water supplies, and temporary cessation of pumping or injection operations.

The ARMMP is an adaptive document that, although it has already received extensive review

and comment from the parties involved, will be further updated with more precise triggers and

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

6

1    mitigation measures upon recommendation of the Technical Working Group as additional

2    baseline data are gathered, groundwater models are refined, and real time monitoring occurs over

3    the next year and beyond.

4           14.     From Ormat's perspective as a geothermal lessee, maintaining the quality of the

5    geothermal reservoir in terms of pressure and temperature is about both ensuring that the Project

6    has a minimal impact to the environment as well as ensuring the value of the geothermal

7    resource to ongoing power production.  A loss of heat or pressure in the reservoir means a loss of

8    power production.  Thus, the geothermal power facilities are designed as a closed-loop system

9    with geothermal fluid from the reservoir being returned without loss of fluid.  Ormat is fully

10   invested in ensuring that heat and fluid are not lost as part of the power production process,

11   which has the benefit of also ensuring protection of adjacent water resources that may have some

12   degree of hydrological connection to the geothermal reservoir.  For that reason, Ormat is

13   incentivized to avoid impacts to nearby water sources.

14          15.     The Dixie Meadows Project will significantly reduce greenhouse gas emissions

15   compared to other baseload energy production facilities, such as power plants using natural gas

16   or coal as a fuel source.  For purposes of comparison, a 12 MW binary geothermal facility will

17   avoid 70,000 metric tons of carbon dioxide emissions per year.[3]  For further comparison, and

18   assuming the Dixie Meadows Project were constructed to its full extent, a 60 MW binary

19   geothermal facility will avoid over 353,859 metric tons of carbon dioxide per year.[4]  The

20   authorized 60 MW geothermal facilities will emit zero tons of carbon dioxide.  Geothermal

21   energy is clean.  Additionally, unlike wind or solar power, geothermal energy provides a baseline

22   source of power, which contributes to the availability of clean energy 24 hours per day, 7 days

23   per week.

24   **Ormat Will Immediately Suffer Substantial Harm if the Project is Delayed**

25          16.     I understand that Plaintiffs are seeking vacatur of BLM's Decision and an

26   injunction precluding or halting any project construction or implementation of the ARMMP.  If

27   ───────────────
     [3] https://www.epa.gov/energy/greenhouse-gas-equivalencies-calculator.

28   [4] https://www.epa.gov/energy/greenhouse-gas-equivalencies-calculator.

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

Plaintiffs obtain their requested remedy, it would have substantial, immediate, and potentially irreversible adverse effects for Ormat and the public interest in development of clean renewable energy.

17.     Ormat has invested $68 million in the 10-year process to begin construction of the Dixie Meadows Project.  Ormat has continued to pursue the Project in large part because Ormat enjoys a very favorable Power Purchase Agreement ("PPA") that will allow Ormat to sell power from the Project for $75/MW/hour.  The terms of the PPA are publicly available.[5]  However, to take advantage of this contract, Ormat must begin production before the end of 2022.  In other words, construction of the power plant must be complete.  Given the extensive delay so far, the Project is now to the point where a delay of even a few weeks could foreclose Ormat's ability to sell power from the Project under the favorable PPA.  Not only would Ormat lose considerable revenues by having to potentially negotiate a PPA at significantly less favorable rates given current market conditions, Ormat would also have to reevaluate the economic viability of the Project given the extensive cost commitments to implement the ARMMP associated with the Project.  It is entirely possible that Ormat would be forced to abandon the Project if it loses the ability to sell power under the favorable terms of its current PPA and the Project is no longer economically feasible.  Thus, for all practical purposes, an injunction of only a few weeks could literally kill the Project.  In that event, Ormat would be out $68 million in resources already invested.

18.     Short of killing the Project, an injunction in this case would likely mean Ormat would have to negotiate a new, and probably less favorable PPA at a loss of up to $15/MW/hr based on current market rates, amounting to a loss of approximately $150 million over the life of the 60 MW Project.  This would result in reduced royalty returns to the federal government totaling as much as $6 million based on royalty rates that would be applied to the Project revenue.  Local and state taxes applied to the Project and energy production would also not be

---

[5] https://investor.ormat.com/news-events/news/news-details/2017/Ormat-Secures-First-Portfolio-PPA-for-150-MW-of-Geothermal-Capacity-with-SCPPA/default.aspx.

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

1  collected. Ormat's return on investment will be reduced if the Project is delayed and Ormat is

2  forced to incur additional costs to fulfill its contractual obligations.

3       19.    Finally, local Nevada companies and workers would also be harmed if the Project

4  does not move forward or is suspended. Ormat uses mostly local Nevada contractors for

5  permitting activity, construction, and maintenance. And, significantly, delaying the Project will

6  also delay bringing online a clean renewable energy source that would replace up to 353,859

7  metric tons of carbon dioxide tons of greenhouse gas emissions annually associated with other

8  power sources.

9       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

10  and correct.

11

12  Executed this 20th day of December, 2021 in Reno, Nevada.

13

14  _Paul A. Thomsen signature_

15  Paul Thomsen

16  17765806_v2

17

18

19

20

21

22

23

24

25

26

27

28

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

9

Attachment 1 to
Declaration of Paul Thomsen –
Ormat Dixie Meadows Geothermal
Utilization Project Anticipated
Construction Schedule

# Ormat Dixie Meadows Geothermal Utilization Project Anticipated Construction Schedule



| ID | Task Mode | Task Name | Duration | Start |
|---|---|---|---|---|
| 1 | | Dixie Meadows Project | 255 days | Mon 12/20/21 |
| 2 | | Construction | 245 days | Mon 12/20/21 |
| 3 | | Earthwork | 5 ewks | Mon 12/20/21 |
| 4 | | Foundations | 12 ewks | Mon 1/24/22 |
| 5 | | Mechanical | 28 ewks | Mon 4/18/22 |
| 6 | | Electrical | 26 ewks | Fri 5/27/22 |
| 7 | | Transmission Line | 5 emons | Sun 5/1/22 |
| 8 | | Start Up & Testing | 40 days | Mon 10/17/22 |
| 9 | | Loop checks | 10 edays | Mon 10/17/22 |
| 10 | | Motive Fluid Fill | 4 edays | Thu 10/27/22 |
| 11 | | Baseline Data Collection Ends | 0 days | Wed 11/23/22 |
| 12 | | Start Up | 10 edays | Wed 11/23/22 |
| 13 | | Testing | 8 edays | Sat 12/3/22 |
| 14 | | COD | 0 days | Mon 12/12/22 |

Project: Dixie Meadows Schedule
Date: Wed 12/8/21

| | | | | |
|---|---|---|---|---|
| Task | | Summary | Inactive Milestone | Duration-only | Start-only | External Milestone | Manual Progress |
| Split | | Project Summary | Inactive Summary | Manual Summary Rollup | Finish-only | Deadline | |
| Milestone | | Inactive Task | Manual Task | Manual Summary | External Tasks | Progress | |

Page 1

11