# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FALLON PAIUTE-SHOSHONE TRIBE and the CENTER FOR BIOLOGICAL DIVERSITY;<br><br>          Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT and JAKE VIALPANDO in his official capacity as Field Manager of the Bureau of Land Management Stillwater Field Office,<br><br>          Defendants. | Case No.: 3:21-CV-00512-RCJ-WGC<br><br>ORDER SETTING HEARING |

Before the Court is Ormat Nevada Inc.'s Motion to Intervene (ECF No. 6) and Plaintiffs' Motion for a Temporary Restraining Order or Preliminary Injunction (ECF Nos. 13, 14). Accordingly,

**IT IS HEREBY ORDERED** that oral argument is set via Zoom Video for **10:00 A.M., TUESDAY, JANUARY 4, 2022,** before Judge Robert C. Jones.

**IT IS FURTHER ORDERED** that the parties are directed to contact the courtroom deputy Lesa Ettinger (Lesa_Ettinger@nvd.uscourts.gov or 775-686-5833) **by 12:00 P.M., MONDAY,**

**JANUARY 3, 2022,** to provide the e-mail address of each counsel, party and/or representative attending the hearing.

**IT IS FURTHER ORDERED** that if the parties intend to offer exhibits during oral argument, they shall file an exhibit list, and contact the courtroom deputy Lesa Ettinger (Lesa_Ettinger@nvd.uscourts.gov or 775-686-5833) to provide the court with a hard or digital copy of the proposed exhibits **by 12:00 P.M., MONDAY, JANUARY 3, 2022.**

**IT IS FURTHER ORDERED** that the following Video Conference Instructions be adhered to as follows:

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING:**

Instructions to the scheduled hearings will be sent via email ONE (1) day prior to the hearing to the participants email provided to the Court.

1. Log on to the call ten (10) minutes prior to the hearing time.

2. Mute your sound prior to entering the hearing.

3. Do not talk over one another.

4. State your name prior to speaking for the record.

5. Do not have others in the video screen or moving in the background.

6. No recording of the hearing.

7. No forwarding of any video conference invitations.

8. Unauthorized users on the video conference will be removed.

**IT IS FURTHER ORDERED** that the Public may access and listen to the Hearing as follows: Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1 (888) 675-2535. Access Code is 2900398 Security Code 010322.

**IT IS FURTHER ORDERED** that persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings.

**IT IS SO ORDERED**.

DATED: This 28th day of December, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE