1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| The FALLON PAIUTE-SHOSHONE TRIBE and the CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JAKE VIALPANDO in his official capacity as Field Manager of the Bureau of Land Management Stillwater Field Office,<br><br>      Federal Defendants,<br><br>   and<br><br>ORMAT NEVADA, INC.,<br><br>      Proposed Defendant-Intervenor. | Case No. 3:21-cv-512--RCJ-WGC<br><br>**ORDER GRANTING JOINT STIPULATION AND PROPOSED SCHEDULING ORDER** |

**JOINT STIPULATION AND PROPOSED SCHEDULING ORDER**

Pending before the Court are Plaintiffs' motions for a temporary restraining order and preliminary injunction with regard to Ormat Nevada, Inc.'s ("Ormat") Dixie Meadows Geothermal Utilization Project ("Dixie Meadows Project" or "Project") (ECF No. 13 and 14). The Bureau of Land Management ("BLM") issued a sundry notice granting Ormat permission to begin construction of the Dixie Meadows Project on December 21, 2021. The Parties have conferred and stipulate that the following schedule and conditions shall govern the actions of the parties pending resolution of Plaintiffs' motions:

1. Proposed Defendant-Intervenor Ormat has committed to not perform site preparation, construction work, or conduct further activities permitted by the sundry notice until January 6, 2022.

2. The Parties will brief Plaintiffs' motions on the following schedule: (a) Federal Defendants and Proposed Defendant-Intervenor will each file a consolidated responses to Plaintiffs' motions no later than December 30, 2021; and (b) Plaintiffs will file any reply brief at least 24 hours before a hearing if the court finds that a hearing on Plaintiffs' motions to be appropriate, but, in any event, no later than January 5, 2022.

3. Should the Court find that a hearing on Plaintiffs' motions would be appropriate, the Parties request that a virtual hearing be scheduled before January 5, 2022, or at the Court's earliest convenience thereafter.

4. The Parties agree that this Stipulation and its terms and conditions are without prejudice to the Parties' respective claims, defenses, positions, and arguments relative to Plaintiffs' motions for a temporary restraining order and preliminary injunction and the merits of this case.

**O R D E R**

IT IS SO ORDERED.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED:  December 28, 2021.