UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 4 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FALLON PAIUTE-SHOSHONE TRIBE; CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; et al., <br><br> Defendants, <br><br> and <br><br> ORMAT NEVADA, INC., <br><br> Intervenor-Defendant-Appellant. | No. 22-15092 <br><br> D.C. No. 3:21-cv-00512-RCJ-WGC <br> District of Nevada, Reno <br><br> ORDER |
| FALLON PAIUTE-SHOSHONE TRIBE; CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; et al., <br><br> Defendants-Appellees, <br><br> ORMAT NEVADA, INC., <br><br> Intervenor-Defendant- | No. 22-15093 <br><br> D.C. No. 3:21-cv-00512-RCJ-WGC |

MKS/MOATT

|            |   |
|------------|---|
| Appellee.  |   |

Before: CHRISTEN and NGUYEN, Circuit Judges.

Ormat Nevada, Inc.'s motion to stay or modify the district court's injunction pending appeal (Docket Entry No. 4 in No. 22-15092) is granted. *See Nken v. Holder*, 556 U.S. 418 (2009) (setting forth moving party's burden and discussing factors for consideration). The district court's preliminary injunction is stayed pending resolution of these cross-appeals.

Fallon Paiute-Shoshone Tribe and Center for Biological Diversity's motion to expedite (Docket Entry No. 9 in No. 22-15092) is granted in part.

The first brief on cross-appeal has been filed. The second brief on cross-appeal is now due March 4, 2022; the third brief on cross-appeal is due April 1, 2022; and the optional cross-appeal reply brief is due within 21 days after service of the third brief on cross-appeal. No streamlined extensions of time will be approved under Ninth Circuit Rule 31-2.2(a). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

The Clerk will place these cases on the next available calendar upon the completion of briefing. *See* 9th Cir. Gen. Ord. 3.3(f).