# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FALLON PAIUTE-SHOSHONE TRIBE and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants. | 3:21-cv-00512-RCJ-CSD<br><br>**ORDER**<br><br>Re: ECF No. 55 |

Before the court is Plaintiffs' Unopposed Motion for Leave to Amend Complaint (ECF No. 55).

Good cause appearing, Plaintiffs' Unopposed Motion for Leave to Amend Complaint (ECF No. 55) is **GRANTED**. Plaintiffs shall file their Amended Complaint on or before **Friday, July 8, 2022**.

**IT IS SO ORDERED.**

DATED:  July 5, 2022.

_____
UNITED STATES MAGISTRATE JUDGE