SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

WYATT GOLDING
WA Bar No. 44412 (admitted *pro hac vice*)
ZIONTZ CHESTNUT
1230 Fourth Ave, Suite 1230
Seattle, WA 98070
Phone: (206) 480-1230
Email:  wgolding@ziontzchestnut.com

*Attorney for Plaintiff Fallon Paiute-Shoshone Tribe*

GORDON DEPAOLI
NV Bar. No. 0195
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, NV 89511
Phone: (775) 688-3010
Email:  gdepaoli@woodburnandwedge.com

*Local Counsel for Plaintiff Fallon Paiute-Shoshone Tribe*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| The FALLON PAIUTE-SHOSHONE TRIBE and the CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JAKE VIALPANDO in his official capacity as Field Manager of the Bureau of Land Management Stillwater Field Office, and ORMAT NEVADA, INC.,<br><br>　Defendants. | Case No: 3:21-cv-00512-RCJ-CSD<br><br>**JOINT STIPULATION AMENDING SCHEDULING ORDER** |

1

Plaintiffs Fallon Paiute-Shoshone Tribe ("FPST") and the Center for Biological Diversity ("CBD"), Federal Defendants U.S. Department of the Interior, et al. ("Federal Defendants"), and Defendant Ormat Nevada, Inc. ("Ormat") (together, the "Parties") have conferred and hereby jointly submit the following stipulation and amendment to the scheduling order, ECF 62, for the Court's consideration.

Pursuant to the Joint Stipulation on Scheduling Order, the Parties have conferred concerning the completeness of the Administrative Records and the admission of extra-record evidence. Federal Defendants have agreed to provide additional materials for inclusion in the ESA Administrative Record by Thursday, September 8. In light of Federal Defendants' agreement to provide additional record materials, Plaintiffs do not contest the completeness of the Administrative Records.

However, Plaintiffs intend to introduce and rely on extra-record evidence; namely the Declaration of Michelle Gordon. Ms. Gordon is the principal author of the published, peer-reviewed scientific study identifying the Dixie Valley toad as a distinct species. Plaintiffs take the position that reliance on Ms. Gordon's declaration is appropriate because claims under the ESA are not limited in scope by the APA and thus are not limited to the administrative record compiled by the agency. Federal Defendants oppose the introduction of Ms. Gordon's declaration. Federal Defendants take the position that Plaintiffs' ESA claims are record-review claims and that Plaintiffs may not rely on Ms. Gordon's declaration without an order from this Court admitting the declaration as proper extra-record evidence.

The Parties have agreed to resolve this disagreement through a motion to strike, which Federal Defendants and/or Ormat may file concurrently with their responses to Plaintiffs' motion for summary judgment and opening briefs in support of their cross-motions for summary judgment.

Finally, due to Federal Defendants' production of additional record materials, as well as unforeseen scheduling conflicts affecting the availability of Plaintiffs' attorneys, the Parties have

agreed to amend the briefing schedule set out in the scheduling order, ECF 62, to extend all briefing deadlines by 7 days, as follows:

1. Plaintiffs' opening summary judgment brief will be due on September 16, 2022, and will be limited to 60 pages.

2. Federal Defendants' and Ormat's combined responses to Plaintiffs' motion for summary judgment and opening briefs in support of their cross-motions for summary judgment will be due on October 14, 2022. Federal Defendants and Ormat shall each file a brief in support of their cross-motions for summary judgment and responding to Plaintiffs' motion for summary judgment. Federal Defendants' brief and Ormat's brief shall each be limited to 45 pages. Federal Defendants and/or Ormat may also file a motion to strike concerning the admission of extra-record evidence concurrently with their combined responses/motions for summary judgment. If filed, the motion(s) to strike shall be limited to 15 pages.

3. Plaintiffs shall file a combined reply in support of their summary judgment motion and in response to Federal Defendants' and Ormat's cross-motions for summary judgment, which will be due on November 4, 2022. Plaintiffs' brief shall be limited to 60 pages. If a motion to strike is filed, Plaintiffs may respond concurrently with their reply/response. Plaintiffs' response opposing the motion(s) to strike shall be limited to 15 pages.

4. Federal Defendants' and Ormat's replies in support of their cross-motions for summary judgment will each be due on December 9, 2022, and each will be limited to 45 pages. If a motion to strike is filed, Federal Defendants and/or Ormat may reply concurrently with their reply in support of their cross-motions for summary judgment. Replies in support of a motion to strike shall be limited to 10 pages.

5. Plaintiffs do not waive any claims under the ESA or RFRA which may not be resolved on summary judgment due to unresolved issues of material fact. Plaintiffs take the position that because the ESA and RFRA each provide their own cause of

action, claims under these statutes are not limited in scope by the APA and thus may not be limited to the administrative record compiled by the agency. Federal Defendants' take the position that ESA Claims are record-review claims governed by both the scope and standard of the APA that do not present any unresolved issues of material fact. Further, Federal Defendants and Ormat take the position that summary judgment and the briefing schedule set forth above can resolve all claims in Plaintiffs' First Amended Complaint.[1]

In light of the Parties' commitment to the expedited briefing schedule outlined herein, and Ormat's intention to suspend construction until either completion of the Section 7 consultation process or the end of the year, the Parties respectfully request expedited review by the Court, with a decision on the merits before the end of 2022.

Dated September 8, 2022                Respectfully submitted,

/s/ Scott Lake
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

/s/ Wyatt Golding
Wyatt Golding
WA Bar No. 44412 (admitted *pro hac vice*)
Ziontz Chestnut

---

[1] Federal Defendants also take the position that because Plaintiffs' APA claims challenge a final agency action, those claims in this case should be decided primarily based on the Administrative Record compiled by Federal Defendants. However, should the Court find that the introduction of extra-record evidence is appropriate, the Parties do not waive their right to seek discovery regarding the RFRA and ESA claims.

4

1230 Fourth Ave, Suite 1230
Seattle, WA 98070

Gordon H. DePaoli
Woodburn & Wedge
6100 Neil Road
Reno, NV, 89511
Phone: (775) 688-3010
Email: gdepaoli@woodburnandwedge.com

*Attorneys for Plaintiff Fallon Paiute-Shoshone Tribe*

Sara E. Costello
U.S. Department of Justice
Environment and Natural Resources Division
PO Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0484
Email: sara.costello2@usdoj.gov

*/s/ Esosa R. Aimufua*
Esosa R. Aimufua
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M. Street, NE, Third Floor
Washington, D.C. 20002
Phone: 202-532-3818
Email: esosa.aimufua@usdoj.gov

Kamela A. Caschette
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
150 M. Street, NE, Third Floor
Washington, D.C. 20002
Phone: 202-305-0340
Email: kamela.caschette@usdoj.gov

Holly A. Vance
U.S. Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
Phone: 775-784-5438
Email: Holly.A.Vance@usdoj.gov

*Attorneys for Federal Defendants - U.S. Department of the Interior, Bureau of Land Management, and Jake Vialpando in his official capacity as Field Manager of the Bureau of Land Management Stillwater Field Office*

Timothy A. Lukas, Esq.
(Nevada Bar No. 4678)
Sarah C. Bordelon, Esq.
(Nevada Bar No. 14683)
Erica K. Nannini, Esq.
(Nevada Bar No. 13922)
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511
Telephone: (775) 327-3011
Fax: (775) 786-6179
tlukas@hollandhart.com
scbordelon@hollandhart.com
eknannini@hollandhart.com

*/s/ Hadassah Reimer*
Hadassah M. Reimer, Esq.
(Wyo. Bar No. 6-3825)
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
Fax: 307-739-9544
hmreimer@hollandhart.com

Laura R. Jacobsen, Esq.
(Nevada Bar No. 13699)
Ormat Technologies, Inc.
6140 Plumas Street
Reno, NV 89519
Tel: 775-356-9029
Fax: 775-356-9039
ljacobsen@ormat.com

Attorneys for Defendant-Intervenor
Ormat Nevada Inc.

**ORDER**

IT IS SO ORDERED.

DATED: September 8, 2022.

_____
UNITED STATES MAGISTRATE JUDGE