Timothy A. Lukas, Esq.
(Nevada Bar No. 4678)
Sarah C. Bordelon, Esq.
(Nevada Bar No. 14683)
Erica K. Nannini, Esq.
(Nevada Bar No. 13922)
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511
Telephone: (775) 327-3011
Fax: (775) 786-6179
tlukas@hollandhart.com
scbordelon@hollandhart.com
eknannini@hollandhart.com

Hadassah M. Reimer, Esq.
(Wyo. Bar No. 6-3825)
Admitted *Pro Hac Vice*
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
Fax: 307-739-9544
hmreimer@hollandhart.com

Laura R. Jacobsen, Esq.
(Nevada Bar No. 13699)
Ormat Technologies, Inc.
6140 Plumas Street
Reno, NV 89519
Tel: 775-356-9029
Fax: 775-356-9039
ljacobsen@ormat.com

*Attorneys for Defendant*
*Ormat Nevada Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE FALLON PAIUTE-SHOSHONE TRIBE and the CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JAKE VIALPANDO in his official capacity as Field Manager of the Bureau of Land Management Stillwater Field Office, and ORMAT NEVADA INC.,<br><br>Defendants. | Case No. 3:21-cv-00512-RCJ-CSD<br><br>**JOINT STIPULATION AMENDING SCHEDULING ORDER** |

Plaintiffs Fallon Paiute-Shoshone Tribe ("FPST") and the Center for Biological Diversity ("CBD"), Federal Defendants U.S. Department of the Interior, et al. ("Federal Defendants"), and Defendant Ormat Nevada, Inc. ("Ormat") (together, the "Parties") have conferred and hereby jointly submit the following stipulation and second amendment to the scheduling order, ECF 67, for the Court's consideration.

Due to unforeseen scheduling conflicts affecting the availability of Defendants' attorneys and unanticipated absences of federal agency staff, the Parties have agreed to extend the briefing schedule as set out below.  Ormat also commits as part of this stipulation that it will temporarily pause construction of the Phase I power plant either until the U.S. Fish and Wildlife Service issues a Biological Opinion for the Project thereby concluding the Section 7 consultation process, or until February 28, 2023, whichever is sooner.

1. Federal Defendants and Ormat shall each file a brief in support of their cross-motions for summary judgment and responding to Plaintiffs' motion for summary judgment by October 28, 2022. Federal Defendants' brief and Ormat's brief shall each be limited to 45 pages. Federal Defendants and/or Ormat may also file a motion to strike concerning the admission of extra-record evidence concurrently with their combined responses/motions for summary judgment. If filed, the motion(s) to strike shall be limited to 15 pages.

2. Plaintiffs shall file a combined reply in support of their summary judgment motion and in response to Federal Defendants' and Ormat's cross-motions for summary judgment, which will be due on December 9, 2022. Plaintiffs' brief shall be limited to 60 pages. If a motion to strike is filed, Plaintiffs may respond concurrently with their reply/response. Plaintiffs' response opposing the motion(s) to strike shall be limited to 15 pages.

3. Federal Defendants' and Ormat's replies in support of their cross-motions for summary judgment will each be due on January 20, 2023, and each will be limited to 45 pages. If a motion to strike is filed, Federal Defendants and/or Ormat may reply concurrently with their reply in support of their cross-motions

1

for summary judgment. Replies in support of a motion to strike shall be limited to 10 pages.

4. Plaintiffs do not waive any claims under the ESA or Religious Freedom Restoration Act ("RFRA") which may not be resolved on summary judgment due to unresolved issues of material fact. Plaintiffs take the position that because the ESA and RFRA each provide their own cause of action, claims under these statutes are not limited in scope by the APA and thus may not be limited to the administrative record compiled by the agency. Federal Defendants take the position that ESA Claims against them are record-review claims governed by both the scope and standard of the APA that do not present any unresolved issues of material fact. Further, Federal Defendants and Ormat take the position that summary judgment and the briefing schedule set forth above can resolve all claims in Plaintiffs' First Amended Complaint.[1]

In light of the Parties' commitment to the briefing schedule outlined herein, and Ormat's intention to suspend construction until either completion of the Section 7 consultation process or until February 28, 2023, the Parties respectfully request expedited review by the Court, with a decision on the merits before the end of February 2023.

---

[1] Federal Defendants also take the position that because Plaintiffs' APA claims challenge a final agency action, those claims in this case should be decided based on the Administrative Record compiled by Federal Defendants. However, should the Court find that the introduction of extra-record evidence is appropriate, the Parties do not waive their right to seek discovery regarding the RFRA and ESA claims.

2

RESPECTFULLY SUBMITTED this 7th day of October, 2022.

By: /s/ Erica K. Nannini
Timothy A. Lukas, Esq.
(Nevada Bar No. 4678)
Sarah C. Bordelon, Esq.
(Nevada Bar No. 14683)
Erica K. Nannini, Esq.
(Nevada Bar No. 13922)
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511
Telephone: (775) 327-3011
Fax: (775) 786-6179
tlukas@hollandhart.com
scbordelon@hollandhart.com
eknannini@hollandhart.com

Hadassah M. Reimer, Esq.
(Wyo. Bar No. 6-3825)
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
Fax: 307-739-9544
hmreimer@hollandhart.com

Laura R. Jacobsen, Esq.
(Nevada Bar No. 13699)
Ormat Technologies, Inc.
6140 Plumas Street
Reno, NV 89519
Tel: 775-356-9029
Fax: 775-356-9039
ljacobsen@ormat.com

*Attorneys for Defendant-Intervenor Ormat Nevada Inc.*

3

Gordon H. De Paoli
Woodburn and Wedge
PO Box 2311
Reno, NV 89505
Phone: 775-688-3000
Fax: 775-688-3088
Email: gdepaoli@woodburnandwedge.com

/s/ Wyatt Golding
Wyatt Golding
Ziontz Chestnut
2101 4th Avenue Suite 1230
Seattle, WA 98121
Phone: 206-448-1230
Email: wgolding@ziontzchestnut.com

/s/ Scott Lake
Scott Lake
Center for Biological Diversity
P. O. Box 6205
Reno, NV 89513
Phone 802-299-7495
Email: slake@biologicaldiversity.org

*Attorneys for Plaintiffs/Appellees - Fallon Paiute-Shoshone Tribe and Center for Biological Diversity*

Sara E. Costello
U.S. Department of Justice
Environment and Natural Resources Division
PO Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0484
Email: sara.costello2@usdoj.gov

/s/ Esosa Aimufua
Esosa Aimufua
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M. Street, NE, Third Floor
Washington, D.C. 20002
Phone: 202-532-3818
Email: esosa.aimufua@usdoj.gov

4

Kamela A. Caschette
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
150 M. Street, NE, Third Floor
Washington, D.C. 20002
Phone: 202-305-0340
Email: kamela.caschette@usdoj.gov

Holly A. Vance
U.S. Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
Phone: 775-784-5438
Email: Holly.A.Vance@usdoj.gov

*Attorneys for Defendants/Appellants - U.S. Department of the Interior, Bureau of Land Management, and Jake Vialpando in his official capacity as Field Manager of the Bureau of Land Management Stillwater Field Office*

**ORDER**

IT IS SO ORDERED.

DATED: October 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

5