TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ESOSA R. AIMUFUA
SARA E. COSTELLO
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
KAMELA A. CASCHETTE
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 532-3818 (Aimufua); (202) 305-0340 (Caschette)
Esosa.Aimufua@usdoj.gov
Sara.Costello2@usdoj.gov
Kamela.Caschette@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| THE FALLON PAIUTE-SHOSHONE TRIBE and the CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiffs, | Case No. 3:21-cv-00512-RCJ-CSD |
| v. | **JOINT STIPULATION AMENDING SCHEDULING ORDER** |
| U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JAKE VIALPANDO, in his official capacity as Field Manager of the Bureau of Land Management Stillwater Field Office, and ORMAT NEVADA INC., | |
| Defendants. | |

Plaintiffs Fallon Paiute-Shoshone Tribe ("FPST") and the Center for Biological Diversity ("CBD"), Federal Defendants U.S. Department of the Interior, et al. ("Federal Defendants"), and Defendant Ormat Nevada, Inc. ("Ormat") (together, the "Parties") have conferred and hereby jointly submit the following stipulation regarding the Federal Defendants' and Ormat's anticipated motions to stay the case and third amendment to the scheduling order, ECF No. 71, for the Court's consideration.

This request to amend the scheduling order is due to factual developments that could change the nature of this litigation. This case involves a challenge to federal approvals associated with the Dixie Meadows Geothermal Project. Defendant Ormat has submitted a request to the U.S. Bureau of Land Management ("BLM") to change the scope of the project from two geothermal power plants with a total capacity of up to 60 megawatts (MW), to a single geothermal power plant with an estimated output of approximately 12 MW. *See* ECF No. 72-1. In a letter responding to Ormat, BLM has represented that it is now considering whether to adopt Ormat's proposal and has represented to Ormat that it intends to issue a decision on the proposal by the end of December 2022. Ex. 1. BLM has further represented that if the agency approves Ormat's proposal, BLM would likely issue a new decision record and rescind the decision record currently in place for the 60 MW project. *Id.* BLM has not yet determined how it intends to conduct environmental review in the event it approves Ormat's request, or whether the existing Finding of No Significant Impact, which Plaintiffs challenge in the present litigation, would be impacted. Given the foregoing, Defendants intend to move to stay the case, and Plaintiffs intend to oppose the motion to stay.

In the interim, however, Federal Defendants' and Defendant Ormat's summary judgment oppositions and cross-motions and any motion to strike are due on October 28, and Plaintiffs' responsive briefs are due December 9. The Parties wish to conserve the Parties' and the Court's resources by avoiding finalizing and filing summary judgment briefs, and any motion to strike brief, while briefing a motion to stay. To avoid that potential inefficient outcome, the Parties now stipulate to a briefing schedule for the motion(s) to stay and to an

extension of time for Defendants to file their summary judgment papers and any motion to strike.

In light of these developments, the Parties have agreed to the schedule set out below:

- Federal Defendants shall file a motion to stay on or before October 27, 2022.

- Ormat shall file a motion to stay on or before October 31, 2022.

- Plaintiffs shall respond to Defendants' motions to stay on or before November 9, 2022.

- Defendants shall file replies in support of their motions to stay on or before November 30, 2022.

- If the motion to stay is denied, Defendants shall file their briefs opposing Plaintiffs' partial motion for summary judgment and in support of their cross-motions for summary judgment, and any motion to strike, fourteen (14) days after a Court order denying the motions to stay is docketed. The parties shall propose a new schedule for the remaining briefs seven (7) days after a Court order denying the motions to stay is docketed.

The page limits set forth in the Court's previous scheduling order (ECF No. 70) would remain unchanged.

In light of the Parties' commitment to the above briefing schedule, the Parties respectfully request that the Court approve this stipulation.

Respectfully submitted this 27th day of October, 2022.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Kamela A. Caschette*
KAMELA A. CASCHETTE
Trial Attorney

2

Wildlife & Marine Resources Section
ESOSA R. AIMUFUA
SARA E. COSTELLO
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-532-3818
Fax: 202-305-0506
Esosa.Aimufua@usdoj.gov
Sara.Costello2@usdoj.gov
Kamela.Cashette@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Scott Lake
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

/s/ Wyatt Golding
Wyatt Golding
Ziontz Chestnut
2101 Fourth Ave
Suite 1230
Seattle, WA 98121

*Attorney for Plaintiff Fallon Paiute Shoshone Tribe*

/s/ Sarah Bordelon
Tim Lukas
(Nevada Bar No. 4678)
Sarah C. Bordelon
(Nevada Bar No. 14683)
Erica K. Nannini
(Nevada Bar No. 13922)
Holland & Hart llp
5441 Kietzke Lane, Suite 200
Reno, NV 89511
Telephone: (775) 327-3011
Fax: (775) 786-6179

tlukas@hollandhart.com
scbordelon@hollandhart.com
eknannini@hollandhart.com

Hadassah M. Reimer, Esq
(Wyo. Bar No. 6-3825)
Holland & Hart llp
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
Fax: 307-739-9544
hmreimer@hollandhart.com

Laura R. Jacobsen
(Nevada Bar No. 13699)
Ormat Technologies, Inc.
6140 Plumas Street
Reno, NV 89519
Tel: 775-356-9029
Fax: 775-356-9039
ljacobsen@ormat.com

*Attorneys for Defendant-Applicant Ormat Nevada, Inc.*

IT IS SO ORDERED.

DATED: October 28, 2022.

_____
UNITED STATES MAGISTRATE JUDGE