TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ESOSA R. AIMUFUA
SARA E. COSTELLO
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
KAMELA A. CASCHETTE
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 532-3818 (Aimufua); (202) 305-0340 (Caschette)
Esosa.Aimufua@usdoj.gov
Sara.Costello2@usdoj.gov
Kamela.Caschette@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| The FALLON PAIUTE-SHOSHONE TRIBE and the CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, KIMBERLY DOW in her official capacity as District Manager of the Bureau of Land Management Carson City District Office, and ORMAT NEVADA INC.,<br><br>Defendants. | Case No. 3:21-cv-00512-RCJ-WGC<br><br>**FEDERAL DEFENDANTS' NOTICE OF CONDUCTING SUPPLEMENTAL WORK UNDER THE NATIONAL ENVIRONMENTAL POLICY ACT** |

Federal Defendants U.S. Department of the Interior, Bureau of Land Management, and Kimberly Dow,[1] in her official capacity as District Manager of the Bureau of Land Management Carson City District Office give notice of factual developments that may impact this litigation in the future. This case involves a challenge to federal approvals associated with the Dixie Meadows Geothermal Project ("Project"). The U.S. Bureau of Land Management ("BLM") signed the Dixie Meadows Geothermal Utilization Project Environmental Assessment, Finding of No Significant Impact, and Decision Record in November 2021, authorizing construction and operation of a 60-megawatt ("MW") geothermal project. ECF No. 14-23; ECF No. 14-25. On December 15, 2022, BLM replaced the November 2021 Decision Record with a decision record approving a 12 MW geothermal project. ECF No. 83-1. The December 2022 decision record provides: "No new construction of the geothermal power plant, gen-tie line, or other utilization-related facilities is authorized until [Endangered Species Act ("ESA")] Section 7 consultation is complete and only if [the U.S. Fish and Wildlife Service ("FWS")] determines that the construction and operation of the Project or a reasonable and prudent alternative to the 12 MW Plan is not likely to jeopardize the Dixie Valley toad."

On February 14, 2023, the Court granted a motion to stay this litigation filed by Federal Defendants to allow BLM to finish the ESA Section 7 consultation referenced in the 12 MW decision record. ECF No. 87. In a declaration filed with Federal Defendants' motion to stay, the field manager for the BLM field office overseeing the Project indicated that BLM anticipated submitting a biological assessment to FWS—the next step in the

---

[1] Under Fed. R. Civ. P. 25(d), the successors of public officers who are parties in their official capacity are automatically substituted by operation of law. No order is needed to effect such substitutions. *See* Exhibit 1, Declaration of Kimberly Dow at ¶ 1.

ESA Section 7 consultation process—by March 31, 2023. ECF No. 75-3 ¶ 8. FWS noted that after receiving a complete biological assessment, it anticipated using the full 135-day period provided by the ESA and its implementing regulations to issue a biological opinion. ECF No. 75-4 ¶ 2.[2] The Court ordered the parties to file a joint status report within fourteen days of completion of the ESA consultation to propose a new case schedule. *Id.* at 6.

While BLM has been diligently working to complete a biological assessment, it has not yet done so. And as a result of its ESA consultation efforts and new information, it has determined that it would be prudent to revisit the environmental review underlying the Project. Exhibit 1 (Declaration of Kimberly Dow) ¶ 4. This new review may result in new determinations under the relevant statutes, including additional analysis under the National Environmental Policy Act ("NEPA"). *Id*. at ¶ 5. BLM intends to work on the ESA Section 7 consultation concurrently with the new review. *Id*. at ¶ 6.

BLM is working with Defendant Ormat Nevada Inc. to determine the additional analysis and work needed to carry out the new environmental review. *Id*. at ¶ 7. Once BLM has determined how to proceed administratively, counsel for Federal Defendants intend to discuss potential next steps concerning the litigation with counsel for Plaintiffs and Defendant Ormat, and then approach the Court about how to proceed. In the meantime, the 12 MW decision record and its prohibition on new construction of the geothermal power plant, gen-tie line, or other utilization-related facilities remains in place. *Id*. at ¶ 8. And BLM does not intend to authorize any such new construction until the conclusion of the new environmental review. *Id.*

---

[2] The ESA and its implementing regulations provide that BLM and FWS may agree to extend the consultation, subject to the requirements of 50 C.F.R. § 402.14(e). The ESA and its implementing regulations also allow for an extension of the time FWS may have to deliver a biological opinion by 10 days if BLM provides comments on the biological opinion. Ex. 4 ¶ 3.

Counsel for Federal Defendants have informed counsel for Plaintiffs and Ormat regarding the approach outlined above.

Respectfully submitted this 5th day of July 2023.

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        */s/ Esosa Aimufua*
        ESOSA R. AIMUFUA
        SARA E. COSTELLO
        Trial Attorneys
        Natural Resources Section
        KAMELA A. CASCHETTE
        Trial Attorney
        Wildlife & Marine Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Phone:  202-532-3818
        Fax:  202-305-0506
        Esosa.Aimufua@usdoj.gov
        Sara.Costello2@usdoj.gov
        Kamela.Cashette@usdoj.gov

        *Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

_/s/ Esosa Aimufua_
Esosa R. Aimufua
Trial Attorney
