# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Fallon Paiute-Shoshone Tribe, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>United States Department of the Interior, *et al.*, )<br>)<br>Defendants. )<br>)<br>_____ ) | 3:21-cv-00512-RCJ-CSD<br><br>**ORDER** |

This case has been stayed since February 14, 2013. (Dkt. 87). Accordingly, the Court finds it appropriate to administratively close this case for the time being without prejudice to reopening by the Parties.

IT IS HEREBY ORDERED that this case is **ADMINISTRATIVELY CLOSED** without prejudice to reopening upon a motion by either Party.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Partial Summary Judgment, (Dkt. 68), is **DENIED AS MOOT**.

Dated September 18, 2023.

_____
ROBERT C. JONES
United States District Judge